1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
MARSIAL LOPEZ,                        )          CV-F-07-0474 LJO DLB
9                                     )
                                      )          ORDER DIRECTING CLERK OF THE
10                                    )          COURT TO REDESIGNATE CASE
                                      )          TO REFLECT THAT IT IS A
11              Plaintiff,            )          REGULAR CIVIL ACTION
                                      )
12       vs.                          )
                                      )
13                                    )
MARK WIMBISH, et al.,                 )
14                                    )
                Defendants.           )
15  _____  )

16          On March 27, 2007, plaintiff filed the present action.  Plaintiff has paid the filing fee

17  and is represented by counsel.  Accordingly, the Court finds it appropriate to designate this

18  case as a regular civil action.  The Clerk of the Court is DIRECTED to change the

19  designation of the present case to reflect that it is a regular civil action.

20          An order setting a scheduling conference will be issued separately.

21          IT IS SO ORDERED.

22       Dated:    April 30, 2007          _____ /s/ **Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
                                          1