IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSIAL LOPEZ, et.al, | CASE NO. CV-F-07-0474 LJO DLB |
| Plaintiff, | **PRELIMINARY SCHEDULING ORDER** |
| vs. | Class certification hearing:  May 8, 2008 |
| SHERIFF DONNY YOUNGBLOOD, et al., | 8:30 .am. Dept. 4 (LJO) |
| Defendants. | |

This Court conducted a preliminary scheduling conference on October 23, 2007 in Department 4 (LJO). Plaintiffs Marsial Lopez, Sandra Chavez and Theodore Medina ("plaintiffs") appeared by telephone by counsel Barrett Litt and Paul Estuar. Defendants County of Kern, the Kern County Sheriff's Department, Sheriff Donny Youngblood, and former Sheriff Mack Wimbish ("defendants") appeared by telephone by counsel Jennifer Thurston.

This case is a proposed class action against defendants for alleged illegal strip searches of arrestees, inmates and releasees. After discussion with counsel, this Court:

1. SETS a January 18, 2008 cutoff for discovery regarding class certification only;

2. SETS a May 8, 2008 deadline for the hearing on plaintiff's anticipated motion for class certification to be heard in Department 4 of this Court at 8:30 a.m.;

3. SETS the date for filing the motion for class certification - no later than March 17, 2008;

4. SETS the date for filing an opposition to the motion for class certification - no later than

April 17, 2008; and

5. SETS the date for filing any reply to the motion - no later than April 28, 2008.

6. At the hearing on the motion for class certification, the Court will set a date to conduct a scheduling conference for further discovery, motions, trial and related dates.

IT IS SO ORDERED.

**Dated:  October 23, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE