Barrett S. Litt, SBN 45527
Paul J. Estuar, SBN 167764
pestuar@littlaw.com
Litt, Estuar, Harrison & Kitson LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017
Telephone: (213) 386-3114
Facsimile: (213) 380-4585

Robert Mann, SBN 48293
Donald W. Cook, SBN 116666
doncook@earthlink.net
Attorneys at Law
3435 Wilshire Boulevard, Suite 2900
Los Angeles, California 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSIAL LOPEZ, SANDRA CHAVEZ, THEODORE MEDINA, each individually, and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF DONNY YOUNGBLOOD, individually and in his official capacity; FORMER SHERIFF MACK WIMBISH, in his individual capacity; COUNTY OF KERN, a governmental entity; KERN COUNTY SHERIFF'S DEPARTMENT, a California public entity; and DOES 1 through 100,<br><br>Defendants. | Case No. CV-F-0474 DLB<br><br>[**Hon. Dennis L. Beck**]<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION CONTINUING CLASS DISCOVERY CUT-OFF DATE TO FEBRUARY 15, 2008** |

1

Counsel for the parties have met and conferred extensively about the procedural status of this action, about the status and process of discovery, and about the currently set cut-off date for discovery regarding class certification of January 18, 2008.  Counsel agree that, given the complexities of this matter and the need to conduct both written and deposition discovery of all relevant parties, the current date of January 18th is no longer practical.  In particular, plaintiffs need to conduct a further PMK depo on the area of class size, which depo became apparent at the last PMK depo, taken on December 7, 2007.  Defendants, for their part, need to conduct depositions of the class representative plaintiffs, which need to be taken after receipt of plaintiffs' written discovery responses this week.

If the original cutoff date remains, it will work to the substantial prejudice of all parties and will not serve to promote the orderly administration of the case.

Most important, the extended cutoff date will still allow the parties to prepare for the motion for class certification, which is due to be filed on March 17, 2008, more than one month *after* the proposed new class discovery cutoff date.

Therefore, in light of the circumstances discussed above, it is hereby STIPULATED by and between the parties, that the cut-off date for class certification discovery be continued to February 15, 2008.

DATED: January 14, 2008            Litt, Estuar, Harrison & Kitson, LLP

                                                  By:_/s/__Paul J. Estuar_____
                                                  Paul J. Estuar
                                                  Attorneys for Plaintiffs

DATED:  January 14, 2008            B.C. Barmann, Sr., County Counsel

                                                  By:_/s/__Jennifer L. Thurston_____
                                                  Jennifer L. Thurston, Deputy
                                                  Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**APPROVED AND IT IS SO ORDERED.**

**DATE: 14 January 2008**_____

By:\_\_\_\_\_/s/ Dennis L. Beck_____
United States Magistrate Judge
Dennis L. Beck