1  BARRETT S. LITT, SBN 45527
PAUL J. ESTUAR, SBN 167764
2  E-Mail: pestuar@littlaw.com
LITT, ESTUAR, HARRISON & KITSON, LLP
3  1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017
4  Telephone: (213) 386-3114
Facsimile:  (213) 380-4585
5
ROBERT MANN, SBN 48293
6  DONALD W. COOK, SBN 116666
E-Mail: doncook@earthlink.net
7  ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
8  Los Angeles, CA  90010
Telephone: (213) 252-9444
9  Facsimile:  (213) 252-0091

10  Attorneys for Plaintiffs

11                 **UNITED STATES DISTRICT COURT**

12                 **EASTERN DISTRICT OF CALIFORNIA**

13  MARSIAL LOPEZ, et al., each          Case No. CV-F-07-0474 DLB
individually, and as class
14  representatives,                     [Hon. Dennis L. Beck]

15                 Plaintiffs,           **ORDER RE: CLASS DISCOVERY
CUT-OFF AND BRIEFING
16  vs.                                  SCHEDULE ON PLAINTIFFS'
MOTION FOR CLASS
17  SHERIFF DONNY YOUNGBLOOD,            CERTIFICATION**
et al.,

18                 Defendants.

19        Having reviewed the Stipulation entered into between the parties requesting

20  an extension on the existing class discovery cutoff and briefing schedule for

21  Plaintiffs' Motion for Class Certification, for good cause shown, as reflected in the

22  stipulation of the parties, IT IS ORDERED:

23

24

                                        1

1    The request for an extension on class certification discovery and briefing

2  schedule for Plaintiffs' Motion for Class Certification is hereby granted.  The new

3  schedule is as follows:

4      1.    Class certification discovery, formerly cut off at February 15, shall

5  now be cut off at May 15, 2008;

6      2.    Plaintiffs' opening brief on class certification, formerly due on March

7  17, shall be filed on or before June 17, 2008;

8      2.    Defendants' opposition, formerly due on April 17, shall be filed on or

9  before July 17, 2008

10      3.    Plaintiffs' reply brief, formerly due on April 28, shall be filed on or

11  before July 28, 2008.

12      4.    The hearing on Plaintiffs' motion is reset for August 29, 2008, at the

13  hour of 9:00 AM in Courtroom 9.

14  Dated March 13, 2008            ___/s/ *Dennis L. Beck*_____
                                   Dennis L. Beck,
15                                 United States Magistrate Judge

16

17

18

19

20

21

22

23

24

2