BARRETT S. LITT, SBN 45527
PAUL J. ESTUAR, SBN 167764
E-Mail: pestuar@littlaw.com
LITT, ESTUAR, HARRISON & KITSON, LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017
Telephone: (213) 386-3114
Facsimile:  (213) 380-4585

ROBERT MANN, SBN 48293
DONALD W. COOK, SBN 116666
E-Mail: doncook@earthlink.net
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010
Telephone: (213) 252-9444
Facsimile:  (213) 252-0091

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARSIAL LOPEZ, et al., each individually, and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>Defendants. | Case No. CV-F-07-0474 DLB<br><br>[Hon. Dennis L. Beck]<br><br>**ORDER RE: CLASS DISCOVERY CUT-OFF AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Having reviewed the Stipulation entered into between the parties requesting a continuance of briefing and hearing dates on Defendants' Motion for Summary Adjudication, for good cause shown, as reflected in the stipulation of the parties, IT IS ORDERED:

The request for a continuance of briefing and hearing dates on Defendants' Motion for Summary Adjudication is hereby granted. The new schedule is as follows:

1. Plaintiffs' Opposition Brief shall be filed on or before September 9, 2008;

2. Defendants' Reply Brief shall be filed on or before October 3, 2008;

3. The hearing on Plaintiffs' motion is reset for October 17, 2008, at the hour of 9:00 AM in Courtroom 9.

4. The hearing on Plaintiff's motion for class certification is reset for October 17, 2008, at the hour of 9 AM in Courtroom 9.

Dated August 18, 2008        __/s/ Dennis L. Beck_____
                              Dennis L. Beck,
                              United States Magistrate Judge