1  BARRETT S. LITT, SBN 45527
   PAUL J. ESTUAR, SBN 167764
2  E-Mail: pestuar@littlaw.com
   LITT, ESTUAR, HARRISON & KITSON, LLP
3  1055 Wilshire Boulevard, Suite 1880
   Los Angeles, California 90017
4  Telephone: (213) 386-3114
   Facsimile: (213) 380-4585
5
   ROBERT MANN, SBN 48293
6  DONALD W. COOK, SBN 116666
   E-Mail: doncook@earthlink.net
7  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
8  Los Angeles, CA 90010
   Telephone: (213) 252-9444
9  Facsimile: (213) 252-0091

10 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARSIAL LOPEZ, et al., each individually, and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>Defendants. | Case No. CV-F-07-0474 DLB<br><br>[Hon. Dennis L. Beck]<br><br>**ORDER RE:**<br>**SCHEDULE FOR BRIEFING AND HEARING DATES** |

Having reviewed the Stipulation entered into between the parties regarding a schedule for briefing and hearing dates on the parties' cross-motions for summary adjudication and plaintiffs' motion for class certification, IT IS ORDERED:

The requested schedule for briefing and hearing dates is hereby granted. The new schedule is as follows:

1.  Plaintiffs' Opposition to Defendants' Group Search Summary Adjudication shall be filed on or before September 16, 2008;

1

2. Defendants' Reply to Defendants' Group Search Summary Adjudication shall be filed on or before October 3, 2008;

3. Cross-Motions for Summary Adjudication re: Post-Release Strip Searches and Defendants' Motion for Summary Adjudication re: Qualified Immunity and Eleventh Amendment shall be filed on or before November 7, 2008;

4. Oppositions to Cross-Motions for Summary Adjudication re: Post-Release Strip Searches and Defendants' Motion for Summary Adjudication re: Qualified Immunity and Eleventh Amendment shall be filed on or before November 21, 2008;

5. Reply Briefs on Cross-Motions for Summary Adjudication re: Post-Release Strip Searches and Defendants' Motion for Summary Adjudication re: Qualified Immunity and Eleventh Amendment shall be filed on or before December 5, 2008;

6. The hearing on the foregoing Motions for Summary Adjudication and on Plaintiffs' Motion for Class Certification is reset for December 19, 2008, at the hour of 9:00 AM in Courtroom 9.

Dated September 10, 2008         /s/ Dennis L. Beck
                                 Dennis L. Beck, Magistrate
                                 United States District Court
                                 Eastern District of California

2