Barrett S. Litt, State Bar No. 45527
Paul J. Estuar, State Bar No. 167764
E-Mail: pestuar@littlaw.com
LITT, ESTUAR, HARRISON & KITSON, LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90010-1912
Telephone: (213) 386-3114/ Facsimile: (213) 380-4585

Robert Mann, State Bar No. 48293
Donald W. Cook, State Bar No. 116666
E-Mail: doncook@earthlink.net
ATTORNEYS AT LAW
3435 Wilshire Boulevard, Suite 2900
Los Angeles, California 90010
Telephone: (213) 252-9444/ Facsimile: (213) 252-0091

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSIAL LOPEZ, et al., each individually, and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>Defendants. | Case No. CV-F-07-0474 DLB<br>[Hon. Dennis L. Beck]<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING LEAVE TO FILE PLAINTIFFS' [PROPOSED] SECOND AMENDED COMPLAINT**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]**<br><br>**TELEPHONIC HEARING REQUESTED**<br><br>DATE:     DECEMBER 15, 2008<br>TIME:     9:00 A.M.<br>CRTRM:    9 |

**TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on December 15, 2008, at the hour of 9:00 A.M., or as soon thereafter as the parties may be heard, in Courtroom 9 of the above

1. court, located at 1300 18th Street, Bakersfield, California, Plaintiffs will and do hereby
2. move for leave to file a Second Amended Complaint, pursuant to Federal Rule of Civil
3. Procedure 15. The proposed Second Amended Complaint seeks to add a direct cause of
4. action under Article 1, §1 of the California Constitution as the Seventh Cause of Action.
5. The proposed Second Amended Complaint is attached hereto as Exhibit "A".

   This motion is made on the grounds that justice requires that Plaintiffs be granted leave to file their Second Amended Complaint in that the Article I, §1 cause of action was mistakenly omitted from the original complaint. This motion is based upon this Notice of Motion and Motion, all papers and pleadings on file in this action, and upon such other and further evidence and argument as the Court deems necessary or convenient at the time of the hearing on this matter.

DATED: November 12, 2008              Respectfully submitted,

                                      LITT, ESTUAR, HARRISON & KITSON, LLP
                                      MANN & COOK

                                      By: ___/s/ Paul J. Estuar_____
                                            Paul J. Estuar
                                            Attorneys for Plaintiffs

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   PROPOSED SECOND AMENDED COMPLAINT

By this motion, Plaintiffs seek leave to file a Second Amended Complaint. Plaintiffs' proposed Second Amended Complaint includes a direct claim under Article 1, §1 of the California Constitution, as the Seventh Cause of Action.  Article I, §1 is California's constitutional provision dealing with the right of privacy which is directly impinged upon by Defendants' strip search practices.

The First Amended Complaint referred to Article 1, §1 of the California Constitution in ¶34, the Fourth Cause of Action under Civil Code §52.1 at ¶50, and also in the Sixth Cause of Action under Mandatory Duties, ¶57. It is clear from a fair reading of the First Amended Complaint that Plaintiffs intended that there be a Cause of Action under Article I, §1, but that it was inadvertently omitted. Plaintiffs proposed Second Amended Complaint corrects this clerical error.  The proposed Second Amended Complaint is attached hereto as Exhibit "A".

The amendments include the following:

1. Adding reference to the Seventh Cause of Action under Article I, §1 on the face sheet;
2. Adding a Seventh Cause of Action directly under Article I, §1 at p.16 of the Second Amended Complaint.

## II.   PLAINTIFFS UNSUCCESSFULLY REQUESTED A STIPULATION FROM DEFENDANTS TO AMEND THE COMPLAINT

Plaintiffs sought Defendants' consent to amend the complaint in the manner referenced above. On November 6, 2008, Plaintiffs' counsel wrote to Defendants seeking

a stipulation to amend the First Amended Complaint. *See* Exhibit "B". [1] Defendants have not responded to Plaintiffs' written request for a stipulation. Therefore, Plaintiffs assume that Defendants are not amenable to a stipulation. For this reason, Plaintiffs respectfully ask the court to grant leave to file a Second Amended Complaint.

### III. LEAVE SHOULD BE GRANTED

Under *Federal Rules of Civil Procedure*, Rule 15(a), leave to amend the complaint should be "freely given when justice so requires." Thus, it is the law that leave is granted unless the amendment causes prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay. *Ascon Properties, Inc. v. Mobile Oil Co.,* 866 F.2d 1149, 1160 (9th Cir. 1989).

As the Supreme Court explained in *Foman v. Davis*:

> "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given." Of course, the grant or denial of an opportunity to amend is within the discretion of the District Court, but outright refusal to grant the leave without justifying reason appearing for the denial is not an exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules". *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Because this motion to amend simply corrects a clerical error, and the fact that there were, already numerous references to Article I, §1 in the complaint prior to this

---

[1] Plaintiffs' letter originally indicated that the amendment would add Article I, §1 claim to the existing Third Cause of Action. However, in the interest of clarity, Plaintiffs opted to add a Seventh Cause of Action.

1  requested amendment, there is no prejudice to Defendants by granting this motion.  There
2  will be no delay as a result of the amendment since no new factual allegations are being
3  introduced by the Plaintiffs, and no new discovery is required on the claim.

4  DATED November 12, 2008                Respectfully submitted,

                                          LITT, ESTUAR, HARRISON & KITSON, LLP
                                          MANN & COOK


                                          By: ___/s/ Paul J. Estuar_____
                                               Paul J. Estuar
                                               Attorneys for Plaintiffs